FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 23 2006

MARKUS B. ZIMMER, CLERK
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| LOS ANGELES HOMEOWNERS AID, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOLLI LUNDAHL and JIM KEDDINGTON, <br><br> Defendants. | **ORDER ADOPTING REPORT & RECOMMENDATION** <br><br> Case No. 2:06-MC-00619 <br><br> Judge Dee Benson |

On July 5, 2006, Defendants Holli Lundahl and Jim Keddington petitioned this Court to remove state case no. 050100206. Pursuant to this Court's Order dated July 8, 2004, Magistrate Judge Alba reviewed the defendants' petition for removal to determine whether it was meritorious, duplicative or frivolous. On July 27, 2006, Magistrate Judge Alba issued a Report and Recommendation recommending that the Court refuse to file defendants' notice of removal. The parties were given ten days to file objections to the Report and Recommendation. No party filed an objection to the Report and Recommendation.

The Court has reviewed the issues *de novo* and agrees with Magistrate Judge Alba's Report and Recommendation. Accordingly, the Report and Recommendation is adopted per order of this Court. The Defendants' petition to remove state case no. 050100206 is hereby DENIED.

IT IS SO ORDERED.

DATED this 22nd day of August, 2006.

Dee Benson
United States District Judge